PREGERSON, Circuit Judge,
dissenting:
I dissent because I believe Simpson satisfies the second prong of the jurisdictional test stated in Bailey v. Hill, 599 F.3d 976, 979 (9th Cir.2010). Simpson contends that his guilty plea was not knowingly made but was the result of ineffective assistance of counsel because counsel failed to advise him on the gang registration requirement. In other words, Simpson challenges the legality of his conviction and subsequent custody on the ground that it was imposed in violation of federal law. I agree with both parties that, under Bailey, this is enough to satisfy the second prong. Id. Accordingly, I would find jurisdiction and proceed to consider the merits of the habe-as petition.